IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02390-MSK-MEH

AKILI GRAY,

      Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

      Defendant.

## ORDER GRANTING STIPULATED MOTION REGARDING CORRECT DEFENDANT AND DISMISSAL OF REHABILITATION ACT CLAIM

THIS MATTER comes before the Court pursuant to the Parties' Stipulation Regarding Correct Defendant and Dismissal of Rehabilitation Act Claim **(#9)**. Having reviewed the Stipulation,

**IT IS ORDERED** that Nextel West Corp. is dismissed, with prejudice, as a Defendant, and Sprint/United Management Company is substituted as the proper Defendant. Further, any Rehabilitation Act claim asserted by Plaintiff is dismissed with prejudice. Each party shall pay its own costs and fees as they pertain to these two issues. All future captions shall so reflect.

DATED this 17th day of November, 2009.

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge