IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02390-MSK-MEH

AKILI GRAY,

      Plaintiff,

v.

NEXTEL WEST GROUP,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2009.**

      The Stipulated Motion for Entry of Protective Order [filed December 10, 2009; docket #17] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused.  The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires that the party seeking protection shoulders the burden of proof in justifying retaining a confidentiality designation when challenged by the opposing party.  *See id.* at 386-87.

      The Stipulated Motion for Entry of Protective Order [filed December 3, 2009; docket #15] is **denied** as duplicative.