IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02390-MSK-MEH

AKILI GRAY,

    Plaintiff,

v.

NEXTEL WEST GROUP,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2010.**

    The Stipulated Motion for Entry of Protective Order [filed January 4, 2010; docket #23] is **granted**.  The Stipulated Protective Order is filed contemporaneously with this minute order.